IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT PENNSYLVANIA

UNITED STATES OF AMERICA
V.

RACQUEL GREENE

CASE NO. 3:21-CR-00245

MOTION TO AMEND SENTENCE PURSUANT TO 18 USC 3582(B)(2), 28 USC 994 RETROACTVE GUIDELINE AMENDMENT 821 OF 2023.

COMES NOW, the Defendant, Racquel Greene, pro se, litigant currently incarcerated at the Federal Prison Camp (FPC) Danbury, Connecticut, unskilled and unschooled in the law respectfully ask this Honorable Court to consider her motion for reduction in sentence pursuant to 18 USC 3582 (B)(2), under the new guideline amendment, which makes a reduction in the maximum level offense for criminal history points (zero point offense) retroactive as of November 1st 2023. In support of the motion, Greene state as follows;

1. Greene was sentenced on August 2023 to a term of 1year 1 day imprisonment for False statements during purchase of firearms.
2. Greene's sentence was based at least in part of criminal points.
3. Criminal history category was 0 and her Good Conduct Time projected release date is August 2024 and her Home Confinement date is July 2024.

Greene, hereby ask for a Court appointed Attorney and to proceed in Former Pauperis. Respectfully submitted this request on this 11th day of January, 2024.

_____
PRO SE REPRESENTATION
REGISTER NO. 62679-509
FEDERAL PRISON CAMP
33 1/2 PEMBROKE ROAD
DANBURY, CT. 06811.

CERTIFICATE OF SERVICE

I Racquel Greene states a true copy of the foregoing was sent via United States mail at Federal Prison Camp, Danbury, Connecticut on this day _18_ of January 2024.

Racquel Greene
63679-509
Federal Prison Camp
33½ Pembroke Road
Danbury, CT 06811

RECEIVED
SCRANTON
FEB 16 2024
[signature]
PER _____
DEPUTY CLERK

7001 0360 0000 1444 0820

Office of Court Clerk
United States District Courthouse
235 N. Washington Avenue
Scranton PA 18503